# First District Court of Appeal
## State of Florida

_____

No. 1D17-4029
_____

JOHN D. SMITH,

   Appellant,

v.

PAMELA JO BONDI, in her official
capacity as Attorney General of
the State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

October 26, 2018

PER CURIAM.

   AFFIRMED.

RAY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Scott E. Siverson, Orlando, for Appellant.

Russell S. Kent, Special Counsel for Litigation, Office of the Attorney General, Tallahassee, for Appellee.